# In the United States District Court for the Southern District of Georgia Brunswick Division

ERVIN SINGLETON,

    Petitioner,

v.

WARDEN, AUGUSTA STATE MEDICAL PRISON,

    Respondent.

2:24-cv-77

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 8. Petitioner Ervin Singleton ("Singleton") did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court. I **DISMISS without prejudice** Singleton's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus for failure to follow this Court's Order, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Singleton *in forma pauperis* status on appeal.

**SO ORDERED**, this  3  day of September, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA